UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE M. DONAHUE,

        Plaintiffs,

v.

MEDICAL FINANCIAL
SOLUTIONS
        Defendant.

Case No. 15−cv−11299
Hon. Linda V. Parker

## **STIPULATION OF DISMISSAL**

NOW COMES the Parties, Julie M. Donahue ("Plaintiff"), and Medical Financial Solutions ("Defendant") presenting this stipulation of dismissal, as follows: Pursuant to Federal Rule of Civil Procedure 41, having reached a settlement in this matter, the Parties respectfully request that this Honorable Court enter an Order dismissing the case with prejudice.

Dated: September 23, 2015

**SO STIPULATED:**

With consent:
By: */s/A. Stephen Ramadan*
A. Stephen Ramadan (P41892)
*Attorney for Plaintiffs*
22201 Harper Ave., Ste. 102
St. Clair Shores, MI 48080
(586) 441-3239
steveramadan@gmail.com

By: /s/ Dana Perminas
Dana Perminas (IL # 6298057)
166 W. Washington, Suite 300
Chicago, IL 60602
Messer, Stilp & Strickler, Ltd.
(312) 334-3476
Perminas@messerstilp.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE M. DONAHUE,

    Plaintiffs,

v.                        Case No. 15−cv−11299
                          Hon. Linda V. Parker

MEDICAL FINANCIAL SOLUTIONS,

    Defendant.

_____/

## ORDER OF DISMISSAL

IT IS ORDERED that this matter is hereby dismissed with prejudice.

                                      s/ Linda V. Parker
                                      LINDA V. PARKER
                                      U.S. DISTRICT JUDGE

Dated: September 23, 2015